**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Margarito Castanon Nava, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:18−cv−03757
                                                        Honorable Rebecca R. Pallmeyer

Department of Homeland Security, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 12, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 6/11/2018, Motion for class certification under Federal Rule of Civil Procedure 23 [7], and Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction [14] are entered and continued for briefing. Response to be filed by or on 7/2/2018; reply to be filed by or on 7/9/2018; hearing set for 7/13/2018 at 9:30 AM. Motion for leave to file under seal [9], motion to file excess pages [13], and motion for leave to proceed under a pseudonym [11] are granted. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.