# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Margarito Castanon Nava, et al.

Plaintiff,

v.

Case No.: 1:18–cv–03757
Honorable Rebecca R. Pallmeyer

Department of Homeland Security, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 13, 2018:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Joint motion to set/reset case deadlines [29] is granted without an appearance. Plaintiffs' Motion for a Temporary Restraining Order [14] is withdrawn, with prejudice. Defendants shall have up to and including August 17, 2018 to respond to the First Amended Complaint. Plaintiffs' Motion for Class Certification [7] is stayed. The hearing set for July 20, 2018 at 9:30 a.m., is stricken. (For further detail see Order.) Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.