# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MARGARITO CASTAÑON NAVA, JOHN DOE, MIGUEL CORTES TORRES, GUILLERMO HERNANDEZ HERNANDEZ, and ERICK RIVERA SALES, on behalf of themselves and others similarly situated, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, and ORGANIZED COMMUNITIES AGAINST DEPORTATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); KIRSTJEN NIELSEN, Secretary, Department of Homeland Security; THOMAS D. HOMAN, Acting Director, ICE; RICARDO WONG, Field Office Director (FOD) of the ICE Chicago Field Office,<br><br>*Defendants*. | Case No. 1:18-cv-3757<br><br>Hon. Rebecca R. Pallmeyer<br><br>**CLASS ACTION** |

## ORDER RESETTING CASE DEADLINES

Having considered the parties' Joint Motion to Set/Reset Case Deadlines wherein the parties have agreed that (1) Plaintiffs' Motion for Temporary Restraining Order, ECF No. 14, is withdrawn, with prejudice; (2) Defendants shall have up to and including August 17, 2018 to respond to the First Amended Complaint, ECF No. 21; and (3) Plaintiffs' Motion for Class

Certification, ECF No. 7 shall be stayed pending resolution of Defendants' impending motion to dismiss; the Court considers itself fully advised.

IT IS THEREFORE ORDERED THAT:

1) Plaintiffs' Motion for a Temporary Restraining Order, ECF No. 14, is withdrawn, with prejudice.

2) Defendants shall have up to and including August 17, 2018 to respond to the First Amended Complaint, ECF No. 21.

3) Plaintiffs' Motion for Class Certification, ECF No. 7, is stayed.

4) The hearing set for July 20, 2018 at 9:30 a.m. is stricken.

SIGNED on July 13, 2018

_____
REBECCA R. PALLMEYER
United States District Judge