## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Margarito Castanon Nava, et al.

                                   Plaintiff,

v.                                                    Case No.: 1:18–cv–03757
                                                      Honorable Rebecca R. Pallmeyer

Department of Homeland Security, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 21, 2018:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: By agreement, Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [37] is entered and continued for briefing. Response to be filed by or on 9/14/2018; reply to be filed by or on 9/28/2018. Unopposed motion to exceed page limit for memorandum of law in support of Defendants' motion to dismiss [35] is granted. Status hearing and appearance on motions set for 8/22/2018 is stricken. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.