UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Margarito Castanon Nava, et al.
                                        Plaintiff,
v.                                      Case No.: 1:18−cv−03757
                                        Honorable Rebecca R. Pallmeyer
Department of Homeland Security, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2019:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Unopposed motion to exceed page limit for memorandum of law in support of Defendants' motion to dismiss Plaintiffs' second amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [64] is granted. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.