## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Margarito Castanon Nava, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:18–cv–03757
                                                        Honorable Rebecca R. Pallmeyer

Department of Homeland Security, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2019:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 6/27/2019. Plaintiffs' motion to set a deadline for Defendants to file an Answer to the Second Amended Complaint pursuant to the Mandatory Initial Discovery Pilot Program [76] is granted. Response to be filed by or on 7/11/2019; reply to be filed by or on 7/18/2019; ruling set for 7/31/2019 at 9:30 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.