## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Margarito Castanon Nava, et al.

                                                  Plaintiff,

v.                                                Case No.: 1:18–cv–03757
                                                  Honorable Rebecca R. Pallmeyer

Department of Homeland Security, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 6, 2019:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs' motion to withdraw as attorney of record [85] is granted. Attorney Kathryn Hunt Muse is given leave to withdraw as counsel for Plaintiffs. Motion hearing date of 8/12/19 is stricken. Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.