## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Margarito Castanon Nava, et al.

                    Plaintiff,

v.                                    Case No.: 1:18–cv–03757

                                    Honorable Rebecca R. Pallmeyer

Department of Homeland Security, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 1, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs' unopposed motion for preliminary approval of class action settlement [145] is granted. Enter Preliminary Approval Order. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.