UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGARITO CASTAÑON NAVA, JOHN DOE, MIGUEL CORTES TORRES, GUILLERMO HERNANDEZ HERNANDEZ, and ERICK RIVERA SALES, on behalf of themselves and others similarly situated, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, and ORGANIZED COMMUNITIES AGAINST DEPORTATION, *Plaintiffs*, v. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); KRISTI NOEM, Secretary, Department of Homeland Security; TODD LYONS, Acting Director, ICE; SAM OLSON, Acting Field Office Director (FOD) of the ICE Chicago Field Office, *Defendants*. | Case No.: 18-cv-03757 |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL**

Before the Court is Plaintiffs' Motion for Leave to File Certain Exhibits Under Seal [165]. Having considered Plaintiffs' Motion and Exhibits, the Court is of the opinion that Plaintiffs' Motion should be granted.

It is therefore ORDERED that Plaintiffs' Motion is granted. The Parties are permitted to file Exhibits X, Y, Z, AA, and HH under seal. Exhibits C, D, F, G, I, K, L, N, O, Q, R, T, U, W, CC, and DD shall be provisionally under seal.

Defendants are ORDERED to justify the sealing of the Exhibits C, D, F, G, I, K, L, N, O, Q, R, T, U, W, CC, and DD or portions of those exhibits as part of their submission in Response to Plaintiffs' Motion to Enforce the Court Order Regarding Settlement Agreement.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
Hon. Rebecca R. Pallmeyer
UNITED STATES DISTRICT JUDGE