**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARGARITO CASTAÑON NAVA, JOHN DOE, MIGUEL CORTES TORRES, GUILLERMO HERNANDEZ HERNANDEZ, and ERICK RIVERA SALES, on behalf of themselves and others similarly situated, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, and ORGANIZED COMMUNITIES AGAINST DEPORTATION, <br><br> *Plaintiffs*, <br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); KRISTI NOEM, Secretary, Department of Homeland Security; TODD LYONS, Acting Director, ICE; SAM OLSON, Acting Field Office Director (FOD) of the ICE Chicago Field Office, <br><br> *Defendants*. | Case No.: 18-cv-03757 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Before the Court is Plaintiffs' Unopposed Motion for Leave to Exceed Page Limitations [163] ("Motion"). Having considered Plaintiffs' Motion and upon good cause shown, the Court is of the opinion that Plaintiffs' Motion should be granted.

It is therefore ORDERED that Plaintiffs' Motion is granted, and the page limits for the Plaintiffs' Motion to Enforce Court Order Regarding Settlement Agreement and Defendants' Response may be up to 30 pages.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
Hon. Rebecca R. Pallmeyer
UNITED STATES DISTRICT JUDGE