# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Margarito Castanon Nava, et al.

                                                    Plaintiff,

v.                                                              Case No.: 1:18−cv−03757

                                                                      Honorable Jeffrey I Cummings

Department of Homeland Security, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiffs' motion to enforce the Court's order regarding settlement agreement and motion to modify the final approval order enforcing the terms of the settlement [192], is granted. This matter is set for an in−court hearing on 6/27/25 at 1:00 p.m., a date upon which the parties have indicated that they are mutually available. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.