UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Margarito Castanon Nava, et al.
                              Plaintiff,

v.                                               Case No.: 1:18−cv−03757
                                                        Honorable Jeffrey I Cummings

Department of Homeland Security, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Motion hearing held on plaintiffs' motion to enforce settlement agreement [164], plaintiffs' motion to modify [177], and plaintiffs' motion to supplement [187]. For the reasons stated on the record, plaintiffs' motion to supplement [187] is granted. Oral argument heard on plaintiffs' remaining motions, which are taken under advisement. The Court will issue a ruling in due course. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.