UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Margarito Castanon Nava, et al.
                              Plaintiff,

v.                                    Case No.: 1:18−cv−03757
                                    Honorable Jeffrey I Cummings

Department of Homeland Security, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: For the reasons stated in the accompanying Memorandum Opinion and Order, plaintiffs' motion to enforce court order regarding settlement agreement, [164], is granted as to the claims of twenty−two class members and denied as to the claims of the remaining four class members. Plaintiffs' motion to modify the final approval order enforcing the terms of settlement, [177], is granted on the terms stated in the Opinion. Among other things, the term of the parties' settlement agreement is extended to 2/2/26 and defendants are ordered to comply with specified certification and reporting deadlines. This case is set for an in−court status hearing on 11/12/25 at 11:00 a.m. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.