# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Margarito Castanon Nava, et al.

                              Plaintiff,

v.                                          Case No.: 1:18−cv−03757
                                          Honorable Jeffrey I Cummings

Department of Homeland Security, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: The parties' joint motion to permit certain counsel to appear at the 10/24/25 hearing remotely [223] is granted. Defense counsel (William Weiland) and certain of plaintiffs' counsel (Mark Feldman, Allena Martin, and Mary Georgevich) are granted leave to appear remotely via video conference. The Court will provide counsel with the Webex video conference information in advance of the hearing. Class Counsel Mark Fleming and Keren Zwick will appear for plaintiffs in person for the hearing. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.