IUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGARITO CASTAÑON NAVA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | No. 18-cv-3757 <br><br> Judge Jeffrey I. Cummings |

# ORDER

Upon consideration of Defendants' Unopposed Motion for an Extension of the Court's Monthly Production Deadlines for December and January (ECF No. 274), and for good cause shown, it is hereby

**ORDERED** that the monthly reporting deadlines provided in this Court's October 7, 2025, order (ECF No. 214) are extended from the first to the tenth day of the month. As such, Defendants are to produce to Plaintiffs warrantless arrest records for the month of December 2025 by January 10, 2026, and warrantless arrest records for the month of January 2026 by February 10, 2026.

**SO ORDERED.**

Date: December 23, 2025

_____
**Jeffrey I. Cummings**
**United States District Court Judge**

1