**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARGARITO CASTAÑON NAVA, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **No. 18-cv-3757** |
| **v.** | ) ) | **Judge Jeffrey I. Cummings** |
| **DEPARTMENT OF HOMELAND SECURITY, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

**<u>ORDER</u>**

The Court has reviewed the parties' January 16, 2025 joint status report (Dckt. #277), and it orders as follows. Plaintiffs have identified hundreds of potential class members whom they claimed were subjected to warrantless arrests in violation of the parties' Settlement Agreement, and defendants have agreed that 79 of these arrests were either violations or likely violations of the Agreement. (Dckt. #277 at 4, 12-13). The Court understands that the parties are scheduled to meet and confer regarding the outstanding issues during the week of January 19, 2026 and they shall file an updated joint status report on January 26, 2026 to state what issues have been resolved and which issues remain outstanding. The parties shall also provide an update as to: (1) the release of the class members referenced in the joint status report as to whom defendants agree were arrested in violation of the Agreement; (2) defendants' review of records from the November arrests that remain outstanding; (3) defendants' production of outstanding arrest records to plaintiffs; and (4) defendants' proposal for the resolution of individual arrest disputes. Defendants are urged to give serious consideration to plaintiffs' proposal that the parties focus

their efforts and attention to plaintiffs' claims regarding the potential class members who remain in the United States.

Furthermore, the Court (per defendants' suggestion) will treat plaintiffs' proposal and request for relief set forth in the joint status report, (*Id.* at 6-10), as a motion asserting repeated material violations of the Agreement brought pursuant to Sections V(B) and V(C) of the Agreement. (*Id.* at 10-11). The Court will grant defendants fourteen days (until February 3, 2026) to file a more fulsome response to plaintiffs' motion and the specific elements of relief that plaintiffs are seeking. Plaintiffs shall file a reply in support of their motion on or before February 10, 2026. The Court will schedule further proceedings after it reviews the parties' briefs.

**Date: January 20, 2026**

Jeffrey I. Cummings
United States District Court Judge