**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Margarito Castanon Nava, et al.

　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:18−cv−03757

　　　　　　　　　　　　　　　　　　　　　　Honorable Jeffrey I Cummings

Department of Homeland Security, et al.

　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 24, 2026:

　　　MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiffs' motion for leave to file excess pages for their motion to enforce consent decree, [329], is granted. Defendants are ordered to respond to plaintiffs' 3/20/26 motion to enforce consent decree [330], on or before 3/27/26 and plaintiffs shall file a reply on or before 4/1/26. The parties are ordered to meet and confer to attempt to resolve as many of the disputes regarding the 17 class member claims at issue as possible. The parties shall also confer regarding their best estimates of the number of individual arrests made without a warrant or with a field−issued warrant for which defendants still must produce records. Defendants shall include the parties' respective estimates in their notice of weekly document production that is due to be filed on 3/27/26. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.