## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Margarito Castanon Nava, et al.

                    Plaintiff,

v.

                                        Case No.: 1:18–cv–03757
                                        Honorable Jeffrey I Cummings

Department of Homeland Security, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendants' unopposed emergency motion for an extension of time to respond [335] is granted. Defendants' response shall be filed by 4/1/26. Plaintiffs' reply shall be filed by 4/6/26. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.