## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Margarito Castanon Nava, et al.

                               Plaintiff,

v.
                                               Case No.: 1:18–cv–03757

                                               Honorable Jeffrey I Cummings

Department of Homeland Security, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 28, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiffs' motion for leave to exceed page limitations [ 371] is granted. Plaintiffs are granted leave to file up to 8 additional pages for their Motion to Enforce Consent Decree. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.