IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARGARITO CASTAÑON NAVA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 18-cv-3757 |
| v. | ) ) | Judge Jeffrey I. Cummings |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Motion hearing held on April 29, 2026 on plaintiffs' motions to enforce the Consent Decree, (Dckt. ##350, 362). For the reasons stated on the record in open court, plaintiffs' April 10, 2026 motion to enforce, (Dckt. #350), is granted in part and denied in part; plaintiffs' April 23, 2026 motion to enforce as to Delfino Flores-Blanco, (Dckt. #362), is granted; and the Court orders as follows:

(1)     To begin, as noted in plaintiffs' reply, (Dckt. #360 at 4–5), and on the record in open Court, the claims of four class members have been resolved to the extent that those class members have since been released (or are currently being processed for release) without bond or conditions. Those class members are:

- Stephen Oconnor (A173);
- Vargas Lobo (A397);
- Roa-Martinez (A478); and
- Soto-Jaimes (A239).

(2)     For the reasons stated on the record, and pursuant to Federal Rule of Civil Procedure 37(c)(1), the Court grants plaintiffs' request, (Dckt. #376), to bar defendants from relying on the six I-200 arrest warrants produced on Wednesday, April 29, 2026 in response to plaintiffs' motions to enforce.

(3)     For the reasons stated in detail on the record as to each individual, the Court grants plaintiffs' motion to enforce, (Dckt. #350), with respect to the following class members:

- Lovera Herrera (A933);
- Santiago Badillo (A644);
- Cruz Villavicencio (A061);
- Tipan Camuendo (A744);

1

- Ortega Rangel (A783);
- Carreno Mojica (A297);
- Melara Mejia (A438);
- Juan De los Rios Rivas (A895); and
- Al Bainij (A586).

(4)     For the reasons stated on the record, plaintiffs' motion to enforce as to Delfino Flores Blanco (A451), (Dckt. #362), is granted.

(5)     For any of the above ten individuals that remain detained, defendants are ordered to facilitate their immediate release on their own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Decree, (Dckt. #155-1 at 9), by no later than **12:00 p.m. CT on May 4, 2026**. With respect to those individuals who have already been released, but on bond and with conditions, defendants must take action to refund any bonds and remove all conditions on or before **12:00 p.m. CT on May 4, 2026**. Defendants shall certify in their weekly report, due at 5:00 p.m. CT on May 8, 2026, that all individuals have been released on their own recognizance and without bond or conditions of release as required by Section IV(E)(2) of the Consent Decree.

(6)     For the reasons stated in detail on the record as to each individual, the Court denies plaintiffs' motion to enforce, (Dckt. #350), with respect to the following class members:

- I. Kadek Apriawan (A610);
- Abed Alkatib (A974);
- Alfredo Salgado-Pareira (A435);
- Ojeda Duarte (A058);
- Valenzuela Sierra (A536);
- Mares Villagomez (A537);
- Juan Godoy (A391);
- Amirjon Davlatov (A102);
- Verano Cabra (A590);
- Bogdan Stoev (A693); and
- Elnur Shafiyev (A941).

(7)     The parties shall continue to meet and confer regarding the individuals at issue in plaintiffs' April 28, 2026 motion to enforce, (Dckt. #372), in light of this Court's rulings to date.

2

**Date: April 29, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**