# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Margarito Castanon Nava, et al.

                     Plaintiff,

v.                                      Case No.: 1:18–cv–03757

                                     Honorable Jeffrey I Cummings

Department of Homeland Security, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

       MINUTE entry before the Honorable Jeffrey I Cummings: In light of defendants' agreement to conduct a randomized sampling of the arrest records of the individuals whose arrests were designated as "targeted" and to "accept plaintiffs' suggestion to select every third A–number from a descending list," [387], plaintiffs' motion to clarify [386] is terminated as withdrawn. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.