IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARGARITO CASTAÑON NAVA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 18-cv-3757 |
| v. | ) ) ) | Judge Jeffrey I. Cummings |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Motion hearing held on May 19, 2026 on plaintiffs' motions to enforce the Consent Decree, (Dckt. ##372, 382). For the reasons stated on the record in open court, plaintiffs' April 28, 2026 motion to enforce, (Dckt. #372), is granted in part, denied in part, and the Court reserves ruling in part; plaintiffs' May 1, 2026, (Dckt. #382), motion to enforce is granted; and the Court orders as follows:

(1) To begin, the claims of the following class members have been resolved whether by agreement of the parties or voluntary departure from the United States:

- Abel Gallardo-Cabello (A412) (granted relief); and
- Jin Soo Lee (A398) (voluntarily departed).

(2) The Court reserves ruling on plaintiffs' April 28, 2026 motion to enforce, (Dckt. #372) with respect to Eriksen Ventura Romero (A831) and Jose Cintora Cruz (A697) pending receipt and review of the body worn camera footage the Court directed defendants to produce, (Dckt. ##403, 404). Accordingly, plaintiffs' motion to enforce, (Dckt. #372), remains pending as to these individuals.

(3) For the reasons stated in detail on the record as to each individual, the Court grants plaintiffs' motions to enforce, (Dckt. ##372, 382), with respect to the following individuals:

- Edgar Suarez Carrillo (A443);
- Luis Peña Martinez (A374);
- Jose Quizhpi (A203);
- Humberto Ramirez Torres (A047);
- Santos Exequiel Mejia Mejia (A469);
- Anthony Harding (A582);

1

- Gerardo Gonzalez Camacho (A785);
- Juan Moises Yac Pastor (A760);
- Manuel Chimbo-Chapa (A519);
- Franklin Rodas Chilel (A310);
- Joel Contreras-Estrada (A158), and
- Fernando Cortez-Cabrera (A834).

(4)     For any of the above twelve individuals that remain detained, defendants are ordered to facilitate their immediate release on their own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Decree, (Dckt. #155-1 at 9), by no later than **12:00 p.m. CT on May 22, 2026**.  With respect to those individuals who have already been released, but on bond and with conditions, defendants must take action to refund any bonds and remove all conditions on or before **12:00 p.m. CT on May 22, 2026.**  Defendants shall certify in their weekly report, due at 5:00 p.m. CT on May 22, 2026, that all individuals have been released on their own recognizance and without bond or conditions of release as required by Section IV(E)(2) of the Consent Decree.

(5)     For the reasons stated in detail on the record as to each individual, the Court denies plaintiffs' motion to enforce, (Dckt. #372), with respect to the following individuals:

- Gregorio Hernandez-Narvaez (A926):
- Shakhmurat Ibragimov (A473);
- Andy Labrada Arigbay (A809); and
- Yash Nayak (A758).

**Date: May 19, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**

2