**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Margarito Castanon Nava, et al.

                         Plaintiff,

v.                                      Case No.: 1:18–cv–03757
                                      Honorable Jeffrey I Cummings

Department of Homeland Security, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendants and proposed intervenor Chicago Tribune LLC have reached an agreement under which defendants will share all body–worn camera (BWC) footage (with the blurring of certain facial images) that has been filed under seal in this case with the Tribune. [441 at 1–2]. Accordingly, the Tribune's motion for leave to intervene and for immediate access to sealed filings, [430], is denied as moot. The Court further orders that all BWC footage that has been filed in this action shall be unsealed, and that any future BWC footage that is filed pursuant to court–order or otherwise shall be filed without being sealed. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.