**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARGARITO CASTAÑON NAVA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 18-cv-3757 |
| v. | ) ) | Judge Jeffrey I. Cummings |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Motion hearing held on June 12, 2026 on plaintiffs' May 19, 2026 motion to enforce the Consent Decree, (Dckt. #406), and plaintiffs' motion for reconsideration, (Dckt. #397). For the reasons stated on the record in open court, plaintiffs' motion to enforce, (Dckt. #406), is granted in part and denied in part, plaintiffs' motion for reconsideration, (Dckt. #397), is granted, and the Court orders as follows:

(1)    To begin, the parties agree that the claim of class member Marlon Omar Soto Angel (A297) has been resolved.

(2)    For the reasons stated in detail on the record as to each individual, the Court grants plaintiffs' motion for reconsideration, (Dckt. #397), with respect to the following individuals:

- Jose Ojeda Duarte (A058);
- Alfredo Salgodo-Pareira (A435);
- Eligio Valenzuela Sierra (A536); and
- Mario Mares Villagomez (A537).

(3)    For the reasons stated in detail on the record as to each individual, the Court grants plaintiffs' motions to enforce, (Dckt. #406), with respect to the following individuals:

- Joel Gomez-Gutierrez (A435);
- Sergio Andres Gomez Gamboa (A903);
- Dalgui Ochoa Valencia (A771);
- Enrique Jose Quinones-Benavienta (A752);
- Jhony Mendoza Maldonado (A257); and
- Gabriel Espinoza Rivera (A402).

(4)    For any of the above ten individuals that remain detained, defendants are ordered to facilitate their immediate release on their own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Decree, (Dckt. #155-1 at 9), by no later than **5:00 p.m. CT on June 16, 2026.**  With respect to those individuals who have already been released, but on bond and with conditions, defendants must take action to refund any bonds and remove all conditions on or before **5:00 p.m. CT on June 16, 2026.**  Defendants shall file a certification by **5:00 p.m. CT on June 17, 2026,** that all individuals have been released on their own recognizance and without bond or conditions of release as required by Section IV(E)(2) of the Consent Decree.

(5)    For the reasons stated in detail on the record as to each individual, the Court denies plaintiffs' motion to enforce, (Dckt. #406), with respect to the following individuals:

- Donavan Alexis Fernandez Murcia (A389);
- Carlos Daniel Padilla Lagos (A529); and
- Marko Gazivoda (A850).

(6)    As stated on the record, defendants will produce the remaining approximately 100 files for the individuals purportedly subject to targeted arrests on a rolling basis, and shall complete that production by no later than **July 3, 2026.**

**Date: June 12, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**

2