**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARGARITO CASTAÑON NAVA,** et al., | ) ) ) | |
| **Plaintiffs,** | ) ) | **No. 18-cv-3757** |
| v. | ) ) | **Judge Jeffrey I. Cummings** |
| **DEPARTMENT OF HOMELAND SECURITY, et al.,** | ) ) ) | |
| **Defendants.** | ) | |

**ORDER**

Telephonic motion hearing held on July 1, 2026 on the four remaining disputed arrests raised in plaintiffs' June 11, 2026 motion to enforce, (Dckt. #445). For the reasons stated on the record in open court, plaintiffs' motion to enforce is granted in part and denied in part as follows:

(1)     For the reasons stated in detail on the record as to each individual, the Court grants plaintiffs' motion to enforce, (Dckt. #445), with respect to the following individuals:

- Adrian Araujo-Garcia (A292);
- Arnold Isaias Monzon Chacon (A665); and
- Arnulfo Ginez-Hernandez (A684).

(2)     For any of the above three individuals that remain detained, defendants are ordered to facilitate their immediate release on their own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Decree, (Dckt. #155-1 at 9), by no later than **5:00 p.m. CT on July 3, 2026.** With respect to those individuals who have already been released, but on bond and with conditions, defendants must take action to refund any bonds and remove all conditions on or before **5:00 p.m. CT on July 3, 2026.** Defendants shall file a certification by **5:00 p.m. CT on July 7, 2026** that all individuals have been released on their own recognizance and without bond or conditions of release as required by Section IV(E)(2) of the Consent Decree.

(3)     For the reasons stated in detail on the record, the Court denies plaintiffs' motion to enforce, (Dckt. #445), with respect to the following individual:

- Wilson Rodriguez-Arias (A887).

(4)     As stated on the record, and pursuant to the Court's June 30, 2026 order, (Dckt. #458), defendants will produce the remaining targeted arrest records by July 24, 2026.  By August 7, 2026, the parties shall file a joint status report regarding the status of plaintiffs' review of the remaining records.

**Date: July 1, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**

2