**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARGARITO CASTAÑON NAVA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 18-cv-3757 |
| v. | ) ) ) | Judge Jeffrey I. Cummings |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Motion hearing held on August 12, 2026 on plaintiffs' motion for reconsideration, (Dckt. #462), and plaintiffs' July 29, 2026 motion to enforce consent decree, (Dckt. #474). For the reasons stated on the record in open court, plaintiffs' motion for reconsideration, (Dckt. #462), is granted in part and denied in part, and plaintiffs' July 29, 2026 motion to enforce is granted in part and denied in part, and the Court orders as follows:

(1) By agreement of the parties, the motion to reconsider is withdrawn with respect to Donavan Alexis Fernandez Murcia (A389), as he is subject to a final order of removal and is thus ineligible for relief under the Consent Decree.

(2) For the reasons stated in detail on the record, the Court grants plaintiffs' motion for reconsideration with respect to the following individual:

- Carlos Daniel Padilla Lagos (A529).

(3) For the reasons stated in detail on the record as to each individual, the Court grants plaintiffs' motion to enforce with respect to the following individuals:

- Mario Morales-Martinez (A017);
- Ahmed Tekrour (A905);
- Fidel Aguilar Leon (A360); and
- Andreina Perozo Campos (A198).

(4) For any of the above five individuals that remain detained, defendants are ordered to facilitate their immediate release on their own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Decree, (Dckt. #155-1 at 9), by no later than **5:00 p.m. CT on August 14, 2026.** With respect to those individuals who have already been released, but on bond and with conditions, defendants must take

action to refund any bonds and remove all conditions on or before **5:00 p.m. CT on August 14, 2026.** Defendants shall file a certification by **5:00 p.m. CT on August 18, 2026,** that all individuals have been released on their own recognizance and without bond or conditions of release as required by Section IV(E)(2) of the Consent Decree.

(5) For the reasons stated in detail on the record, the Court denies plaintiffs' motion for reconsideration with respect to the following individual:

- Marko Gazivoda (A850).

(6) For the reasons stated in detail on the record, the Court denies plaintiffs' motion to enforce, with respect to the following individual:

- Joseph Dionisa-Quinonez (A381).

(7) Plaintiffs' July 10, 2026 motion to enforce, (Dckt. #468), is set for a telephonic motion hearing on August 17, 2026 at 4:00 p.m. The parties confirm that the motion is withdrawn with respect to Darshan Ramanbhai Patel (A570) (voluntarily departed) and Scarlet Andreina Ponce Garcia (A002) (subject to a final order of removal).

(8) The call-in number for the hearing is (855) 244-8681 and the access code is 2311 121 8062. Members of the public and media will be able to call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**Date: August 12, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**