**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARGARITO CASTAÑON NAVA, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 18-cv-3757** |
| **v.** | ) | **Judge Jeffrey I. Cummings** |
| **DEPARTMENT OF HOMELAND SECURITY, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Motion hearing held on August 17, 2026 on plaintiffs' July 21, 2026 motion to enforce consent decree, (Dckt. #468). For the reasons stated on the record in open court, plaintiffs' motion to enforce is granted in part and continued in part, and the Court orders as follows:

(1) As confirmed at the August 12, 2026 hearing, plaintiffs' motion is withdrawn with respect to Darshan Ramanbhai Patel (A570) (voluntarily departed) and Scarlet Andreina Ponce Garcia (A002) (subject to a final order of removal).

(2) For the reasons stated in detail on the record as to each individual, the Court grants plaintiffs' motion to enforce with respect to the following individuals:

- Akhliddin Rakhmonov (A720);
- David Achile (A642);
- Yecenia Encaris Lira (A691);
- Yiyun Lin (A094);
- Argenis Enrique Diaz-Villamizar (A715);

(3) For any of the above five individuals that remain detained, defendants are ordered to facilitate their immediate release on their own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Decree, (Dckt. #155-1 at 9), by no later than **5:00 p.m. CT on August 19, 2026.** With respect to those individuals who have already been released, but on bond and with conditions, defendants must take action to refund any bonds and remove all conditions on or before **5:00 p.m. CT on August 19, 2026.** Defendants shall file a certification by **5:00 p.m. CT on August 21, 2026,** that all individuals have been released on their own recognizance and without bond or conditions of release as required by Section IV(E)(2) of the Consent Decree.

(4) Telephonic motion hearing as to the remaining individuals at issue in plaintiffs' July 21, 2026 motion to enforce continued to August 18, 2026 at 3:00 p.m. The call-in number for the hearing is (855) 244-8681 and the access code is 2311 121 8062. Members of the public and media will be able to call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**Date: August 17, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**