**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARGARITO CASTAÑON NAVA, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 18-cv-3757** |
| | ) | |
| **v.** | ) | **Judge Jeffrey I. Cummings** |
| | ) | |
| **DEPARTMENT OF HOMELAND SECURITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Continued motion hearing held on August 18, 2026 on plaintiffs' July 21, 2026 motion to enforce consent decree, (Dckt. #468). For the reasons stated on the record in open court, the plaintiffs' motion to enforce is granted in part, denied in part, and continued in part as to one individual, and the Court orders as follows:

(1) With respect to Carlos Chillogalli-Puzhi (A590), defendants shall review his file in light of the discrepancies identified by the Court and, by 8/19/26, shall file a supplement to explain those discrepancies. If, after review of the file, defendants no longer object to Chillogalli-Puzhi's release, they shall indicate as such in their supplement.

(2) For the reasons stated in detail on the record as to each individual, the Court grants plaintiffs' motion to enforce with respect to the following individuals:

- Demesio Bustos-James (A609);
- Jose Palomino Macias (A786);
- Camilo Rosales Morales (A543); and
- Hector Gutierrez Vasquez (A458).

(3) For any of the above four individuals that remain detained, defendants are ordered to facilitate their immediate release on their own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Decree, (Dckt. #155-1 at 9), by no later than **5:00 p.m. CT on August 20, 2026.** With respect to those individuals who have already been released, but on bond and with conditions, defendants must take action to refund any bonds and remove all conditions on or before **5:00 p.m. CT on August 20, 2026.** Defendants shall file a certification by **5:00 p.m. CT on August 21, 2026,** that all individuals have been released on their own recognizance and without bond or conditions of release as required by Section IV(E)(2) of the Consent Decree.

(4) For the reasons stated in detail on the record, the Court denies plaintiffs' motion to enforce, with respect to the following individuals:

- Chukwudi Agu (A486);
- Douglas Ramses Alvarado Guevara (A834); and
- Orvis Benitez Aparcedo (A637).

**Date: August 18, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**