**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Margarito Castanon Nava, et al.

Plaintiff,

v.

Case No.: 1:18−cv−03757
Honorable Jeffrey I Cummings

Department of Homeland Security, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 2, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiffs' unopposed motion for extension of time [510] is granted. Defendants shall respond to plaintiffs' 8/28/26 motion to enforce by 9/4/26 and plaintiffs shall reply by 9/11/26. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.