**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Margarito Castanon Nava, et al.
Plaintiff,
v.
Case No.: 1:18−cv−03757
Honorable Jeffrey I Cummings
Department of Homeland Security, et al.
Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiffs' motion for leave to exceed page limitations [514] is granted. Plaintiffs' motion to enforce the Consent Decree may be up to 33 pages. Defendants' response to plaintiffs' motion to enforce consent decree shall be filed by 10/2/26; plaintiffs' reply shall be filed by 10/9/26. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.