**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARGARITO CASTAÑON NAVA, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 18-cv-3757** |
| **v.** | ) | **Judge Jeffrey I. Cummings** |
| **DEPARTMENT OF HOMELAND SECURITY, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Telephonic motion hearing held on October 27, 2026 on plaintiffs' September 25, 2026 motion to enforce consent decree, (Dckt. #515). For the reasons stated on the record in open court, the plaintiffs' motion to enforce is granted in part and denied in part, and the Court orders as follows.

(1) For the reasons stated in detail on the record as to each individual, the Court grants plaintiffs' motion to enforce with respect to the following individuals:

- Jason Aparecio-Quintero (A632) (as a conceded violation by defendants);
- Martin Temich-Polito (A031);
- Valentin Toto-Polito (A035);
- Khalil Samaheen (A139);
- Liliana Suarez-Solarez (A042);
- Anabell Ramirez Ruiz (A660);
- Gustavo Toro-Zarramera (A845);
- Nestor Pineda Garay (A187);
- Jackson Diaz-Marquez (A715);
- Darwins Araque-Marquez (A790); and
- Jonatan Sarmiento Gonzalez (A662).

(2) With respect to Martin Temich-Polito (A031) and Valentin Toto-Polito (A035), who were previously removed from the United States, defendants shall continue to work to secure their return to the United States. As stated on the record, when these two individuals are returned to the United States, defendants are ordered to facilitate their immediate release on their own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Decree, (Dckt. #155-1 at 9).

(3) For any of the additional above individuals that remain detained, defendants are ordered to facilitate their immediate release on their own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Decree, (Dckt. #155-1 at 9), by no later than **12:00 p.m. CT on October 30, 2026.** With respect to those individuals who have already been released, but on bond and with conditions, defendants must take action to refund any bonds and remove all conditions on or before **10:00 a.m. CT on October 30, 2026.** Defendants shall file a certification by **5:00 p.m. CT on November 3, 2026,** that all individuals have been released on their own recognizance and without bond or conditions of release as required by Section IV(E)(2) of the Consent Decree. This certification shall include a certification regarding Jason Aparecio-Quintero (A632).

(4) For the reasons stated in detail on the record as to each individual, the Court denies plaintiffs' motion to enforce, with respect to the following individuals

- David Maqueda Sanchez (A945);
- Virdiana Quezada-Jaime (A763);
- Jose Aguilar Martinez (A596);
- Cesar Montero Mora (A774); and
- Suggler Salcedo-Arismendi (A318).

(5) In light of these rulings, the parties shall meet and confer regarding the claims raised in plaintiffs' October 9, 2026 motion to enforce to determine whether they can reach agreement as to any of those claims. The parties shall file a joint status report on October 29, 2026 indicating whether any of the claims have been resolved.

**Date: October 27, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**