**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Margarito Castanon Nava, et al.
Plaintiff,
v.
Case No.: 1:18−cv−03757
Honorable Jeffrey I Cummings
Department of Homeland Security, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed defendants' supplemental status report [535], which indicates that defendants agree to facilitate the release of "FFS" (A972) on his own recognizance and without bond or conditions of release as specified in Section IV(E)(2) of the Consent Decree (ECF No. 155−1 at 9), and anticipate his release on 11/3/26. Defendants further agree, barring any unforeseen delays, to include confirmation of FFS's release in their certification due 11/4/26. In light of defendants' agreement regarding FFS, all claims in plaintiffs' 10/9/26 motion to enforce have been resolved and the motion [523] is granted in part and denied in part per the parties 9; agreement. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.